**01–1840. State v. Woodard.**
Cuyahoga App. No. 61171. On motion for appointment of counsel or, in the alternative, motion to remand to the Eighth District for appointment of counsel. Motion to remand to the Eighth District granted.

DOUGLAS, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**01–1956. Citizen Power, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 00–2469–EL–UNC. On amended motion for admission *pro hac vice* of William M. Ondrey Gruber for Harvey L. Reiter. Motion granted.

## APPEALS ALLOWED

**01–1516. Sayer v. Epler.**
Licking App. Nos. 00CA76 and 00CA85.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**01–1604. Jones v. Nationwide Ins. Co.**
Stark App. No. 2000CA00329. Discretionary appeal allowed and cause held for the decision in 01–1786, *Lemm v. The Hartford,* Franklin App. No. 01AP–251; briefing schedule stayed.

COOK and LUNDBERG STRATTON, JJ., dissent.

**01–1618. Berrios v. State Farm Ins. Co.**
Franklin App. No. 00AP–504.

MOYER, C.J., and LUNDBERG STRATTON, JJ., dissent.

**01–1686. State v. Brown.**
Fayette App. No. CA2000–10–027. Discretionary appeal allowed on Proposition of Law No. I and cause consolidated with 01–1688, *State v. Brown,* Fayette App. No. CA2000–10–027.

PFEIFER, J., concurs but would allow all propositions of law.